# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) **CASE NO.: 2:19-CR-00466-ACA-JHE** |
| | ) |
| **ROLANDO ANTUAIN WILLIAMSON** | ) |
| | ) |
| *Defendant.* | ) |

## DEFENSE'S OPPOSED PROPOSED JURY INSTRUCTION

Mr. Williamson, through counsel, asks the Court to read the following instruction to the jury prior to the jury's deliberations. In support, the Defense states the following:

1. Mr. Williamson is charged with Continuing Criminal Enterprise, 21 USC 848, which has a management requirement as an element the Government must prove beyond a reasonable doubt.

2. A mere buyer-seller relationship will not satisfy this requirement. *United States v. Witek*, 61 F. 3d 819, 822 (11th Cir. 1995).

3. The Defense proposes the following instruction (set out in italics) be added to the Court's instruction:

The Government must also prove that Mr. Williamson was an organizer, supervisor, manager, and either organized or directed the activities of others. In other words, the Defendant must have been more than a fellow worker. *Further, a mere buyer-seller relationship will not satisfy the Continuing Criminal Enterprise management requirement.* It doesn't matter whether Mr. Williamson was the only organizer or supervisor or whether Mr. Williamson delegated authority to a subordinate and didn't have personal contact with each of the people whom he organized, supervised, or managed through directions given to someone else.

Respectfully submitted on the 15th day of April, 2022.

1

/s/Trey Woodfin
Trey Woodfin
*Attorney for Defendant*
Woodfin Law Firm LLC
102 W. Clinton Ave., Ste. 202
Huntsville, Al 35801
(256) 585-2848
woodfinlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document has been served upon United States Attorney's Office for the Northern District of Alabama, specifically the Assistant US Attorney assigned to this case, Jonathan Cross, by email on the 15th day of April, 2022.

/s/Trey Woodfin
Trey Woodfin