# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No.: 2:19-cr-466-ACA-JHE |
| | ) |
| **ROLANDO ANTUAIN WILLIAMSON, et. al,** | ) |
|     **Defendant.** | ) |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

COMES NOW, Austin D. Shutt, Assistant U.S. Attorney for the Northern District of Alabama, and enters his Notice of Appearance as counsel of record for the United States of America in the above-referenced action for asset forfeiture-related issues only.

 

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

<u>s/Austin D. Shutt</u>
Austin D. Shutt
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001
Austin.Shutt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this 24th day of August 2022, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

*s/Austin D. Shutt*
Austin D. Shutt
Assistant United States Attorney